JP:AK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M-08-776**

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GILDA SAMLAL,

        Defendant.

- - - - - - - - - - - - - - - - -X

C O M P L A I N T

(T. 8, U.S.C. § 1324(a)(1)(A)(iv))

EASTERN DISTRICT OF NEW YORK, SS:

      TODD SABINO, being duly sworn, deposes and says that he is a United States Customs and Border Protection ("CBP") Enforcement Officer, duly appointed according to law and acting as such.

      Upon information and belief, on or about August 23, 2008, within the Eastern District of New York, the defendant GILDA SAMLAL did encourage and induce an alien to come to, enter and reside in the United States, knowing that such coming to, entry and residence is or would be in violation of law.

      (Title 8, United States Code, Section 1324(a)(1)(A)(iv))

      The source of your deponent's information and the grounds for his belief are as follows:[1]

      1.  On or about August 23, 2008, the defendant GILDA SAMLAL arrived at JFK International Airport on Delta Airlines Flight #486 from Port of Spain, Trinidad. Accompanying the

---

[1] Because the purpose of this affidavit is to set forth only those facts necessary to establish probable cause, I have not set forth all of the facts and circumstances of which I am aware.

defendant was a boy.  The boy later identified himself as Samlall Sarwan, a citizen of Guyana, born in 2001.

    2.    The defendant GILDA SAMLAL presented to a CBP Officer what she represented to be a passport for the boy accompanying her.  The passport appeared to be issued by the Republic of Trinidad and Tobago, and bore the name "Brian Kamachee" and the passport number T1003338.  At that time the defendant GILDA SAMLAL represented to the CBP Officer that the boy traveling with her was the child of her friend.

    3.    The defendant GILDA SAMLAL was referred for secondary inspection after a law enforcement search indicated that the defendant GILDA SAMLAL had previously entered the United States on three separate occasions with three minors who each had records of entry into the United States, but no records of departure.

    4.    During secondary inspection, the CBP Officer inspecting the boy's passport observed that the boy traveling with the defendant GILDA SAMLAL did not match the photograph of the boy in the passport under the name "Brian Kamachee."

    5.    At that time, the defendant GILDA SAMLAL was asked several questions about her travel plans and her connection to the boy with whom she was traveling.  The defendant GILDA SAMLAL presented a notarized permission slip, purportedly from the boy's mother, granting her permission to accompany the boy on a two-week trip to the United States.

3

6. The CBP Officer then asked the boy with whom the defendant GILDA SAMLAL was traveling what his true name was, to which he replied that his true name was "Sawran Samlall" and he was coming to the United States to see his father.

7. CBP Officers then placed the defendant GILDA SAMLAL under arrest and provided her with Miranda warnings, which she acknowledged, understood, and waived. The defendant GILDA SAMLAL stated in part and substance that an individual named "Tony Rivera" arranged for the defendant to transport the child to New York for a wedding. Upon her arrival in New York, the defendant GILDA SAMLAL was to call an individual named "Mala Banarsi" at which time she would arrange for the child to be picked up. The defendant GILDA SAMLAL was to receive $2,000 for delivering the child to "Mala Banarsi" in New York. The defendant GILDA SAMLAL also admitted that she had received $1,500 for accompanying a boy during a December 2007 trip to New York from Port of Spain, and she received $2,000 for accompanying a girl during a 2008 trip to Atlanta, Georgia from Port of Spain.

4

WHEREFORE, your deponent respectfully requests that the defendant GILDA SAMLAL be dealt with according to law.

_____
TODD SABINO
Enforcement Officer
United States Customs and Border Protection

Sworn to before me this
25th day of August, 2008

_____
United States Magistrate Judge
Eastern District of New York